AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

### for the

### Southern District of Indiana

| | | |
|---|---|---|
| IN State Council of Carpenters Pension Fund et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:26-cv-01215-JMS-TAB |
| J.A. Wever Construction, LLC et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

All Plaintiffs.                                                                          .

Date:    06/09/2026

/s/ Adam Y. Decker
*Attorney's signature*

Adam Y. Decker (36407-53)
*Printed name and bar number*

Johnson & Krol, LLC
11611 N. Meridian Street, Suite 310
Carmel, IN 46032

*Address*

decker@johnsonkrol.com
*E-mail address*

(317) 754-8720
*Telephone number*

(312) 255-0449
*FAX number*